IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **SAMUEL DANIELS,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 4:20-cv-00869-RK |
| | ) |
| **TRADITIONAL LOGISTICS AND CARTAGE, LLC,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Leticia Anderson, Samuel Daniels, Brian Hunt, Ellery Leggs, Adriana Seward, Marquita Summers, Brian Tolbert, Sharon Warren, Perry Young, and Tony Young and Defendants Traditional Logistics and Cartage, LLC, and Valiant Management and Holdings, LLC, hereby stipulate to the dismissal of said Plaintiffs' claims, with prejudice, with each party to bear his or her own costs and attorney fees.

*(Signatures on following page)*

Respectfully Submitted,

| **CORNERSTONE LAW FIRM** | **BAKER STERCHI COWDEN & RICE, LLC** |
|---|---|
| By: */s/ Joshua P. Wunderlich* <br> Joshua P. Wunderlich    MO BAR 64254 <br> j.wunderlich@cornerstonefirm.com <br> M. Katherine Paulus    MO BAR 60217 <br> m.paulus@cornerstonefirm.com <br> 5821 NW 72nd Street <br> Kansas City, Missouri 64151 <br> Telephone    (816) 581-4040 <br> Facsimile    (816) 741-8889 <br><br> **ATTORNEYS FOR PLAINTIFF** | By: */s/ Nicholas S. Ruble* <br> Thomas E. Rice    MO BAR 29946 <br> rice@bscr-law.com <br> Nicholas S. Ruble    MO BAR 64127 <br> nruble@bscr-law.com <br> David M. Eisenberg    MO BAR 54767 <br> eisenberg@bscr-law.com <br> Travis Hoehn    MO BAR 72848 <br> thoehn@bscr-law.com <br> 2400 Pershing Rd., Ste. 500 <br> Kansas City, MO 64108 <br> Telephone    (816) 471-2121 <br> Facsimile    (816) 472-0288 <br><br> **ATTORNEYS FOR DEFENDANTS** |